PICKERS AND PACKERS LOCAL NO. 474, CIGAR MAKERS INTERNATIONAL UNION, Appellant,

v.

PERFECTO GARCIA BROTHERS, INC., Appellee.

No. 20529.

United States Court of Appeals
Fifth Circuit.

April 28, 1964.

Richard H. Frank, Tampa, Fla., for appellant.

Norman Brown, Tampa, Fla., for appellee.

Before TUTTLE, Chief Judge, and POPE * and BROWN, Circuit Judges.

PER CURIAM.

The Appellant's counsel on the oral argument very candidly stated that if the case were reversed and remanded, no evidence would be offered on the retrial below because the question at issue

is one of law. In view of this, there is no substance to the procedural point that the District Court erred in rendering judgment on the pleadings with the annexed contracts and affidavits. As to the merits, we think the District Court's construction of the agreements was correct. Denial of relief and dismissal of the complaint was therefore proper.

Affirmed.